IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROWLANDO HATTER, JR. AND CLYDE PARKER | Criminal Action No.<br><br>1:21-CR-0197-SCJ |

**Unopposed Motion To Continue Trial**

The United States of America, by Ryan K. Buchanan, United States Attorney, and Tracia M. King, Assistant United States Attorney for the Northern District of Georgia, files this Unopposed Motion to Continue Trial.

1.

Mr. Rowlando Hatter, Jr. and Mr. Clyde Parker are charged in a superseding indictment concerning violations of law related to the unlawful receipt of Unemployment Insurance Benefits during the COVID pandemic.

2.

This case is presently scheduled for trial commencing October 3, 2022.

3.

Mr. Parker, however, previously advised the Court that he intends to enter a change of plea in this case. In fact, this matter was scheduled for a Change of Plea Hearing on August 25, 2022, but due to an unforeseen medical situation,

600 U.S. Courthouse, 75 Ted Turner Drive S.W., Atlanta, GA 30303
(404) 581-6000   fax (404) 581-6181

defense counsel was not available to proceed with the hearing. The parties are actively working on identifying a new date for the plea hearing. Despite our best efforts, it does not appear that the hearing is likely to happen before the October 3, 2022 trial date.

4.

Additionally, defense counsel for Mr. Hatter and the Government are presently working to finalize a negotiated resolution on his behalf. Accordingly, there will likewise be no need to proceed to trial against Mr. Hatter.

5.

The ends of justice is best served by granting a brief continuance so Mr. Hatter and Mr. Parker may resolve this case in a manner that is mutually beneficial to them and to the Government.

6.

Counsel for Mr. Hatter does not object to this request. The undersigned attorney reached out to counsel for Mr. Parker and has not yet received a response. As indicated above, however, counsel for Mr. Parker and the Government are presently attempting to reschedule a hearing date for a change of plea in his matter.

WHEREFORE, upon the grounds and showing presented above-herein, the undersigned respectfully asks that this Court grant this motion requesting a continuance from the October term of court. In addition, the Government asserts that the ends of justice served by delaying the trial, outweighs the interest of the defendant and the public in a speedy trial. The Government additionally requests that in calculating the date on which the trial of this case must commence, the Court excludes the period from the date of this motion to the new trial date, pursuant to 18 U.S.C. § 3161(h)(7)(A).

    Respectfully submitted,

    RYAN K. BUCHANAN
    *United States Attorney*

/s/ *TRACIA M. KING*
    *Assistant United States Attorney*
    Georgia Bar No. 421380
    Tracia.King@usdoj.gov

(404) 581-6000   fax (404) 581-6181
3

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

September 27, 2022

/s/ TRACIA M. KING

TRACIA M. KING

*Assistant United States Attorney*